UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.                                                 Hon. Denise Page Hood

D-1   Jerome Adam Hamilton,             Case No. 16-20062
D-5   Martel Donte Strong,
D-12  William Shawn Steele,
D-13  Roderek Perry,

        Defendants.
_____/

## GOVERNMENT'S PROPOSED VOIR DIRE

The United States of America respectfully requests that the Court include the attached questions when conducting voir dire of the venire.

                                                    Respectfully Submitted,

                                                    DANIEL L. LEMISCH
                                                    Acting United States Attorney

/s/ Shane Cralle                            /s/ Eaton P. Brown
Shane Cralle                                    Eaton P. Brown
Assistant United States Attorney       Assistant United States Attorney
211 West Fort Street, Suite 2001       211 West Fort Street, Suite 2001
Detroit, Michigan  48226-3211         Detroit, Michigan 48226-3211
(313) 226-9100                           (313) 226-9184

/s/ Michael Heesters
Michael Heesters
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3211
(313) 226-9100

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,    CRIMINAL NO.  16-20062

         Plaintiff,    HON. DENISE PAGE HOOD

v.

D-1   Jerome Adam Hamilton,
D-5   Martel Donte Strong,
D-12  William Shawn Steele,
D-13  Roderek Perry,

         Defendants.
_____/

## GOVERNMENT'S PROPOSED VOIR DIRE

### Contact With Law Enforcement / Criminal Justice System

1. Have you or any member of your immediate family ever been arrested for, or convicted of, any crime?

    a) If so, please describe.

    b) If you were convicted, were your civil rights restored?

    c) Are any criminal charges now pending against you, any member of your family, or any friend?

2. Have you, or any member of your family, or any close relative or close friend, ever been a victim of a crime?

    a) If so, please describe.

3. Have you, or any member of your family, or any close relative or close friend, ever been asked questions by the police or law enforcement agents conducting an investigation?

   a) If so, when and what law enforcement agency?

   b) Would your experience with that agency impact your ability to be fair and impartial in this case?

### Charges and Types of Evidence

4. The indictment charges that the defendants were members of a street gang known as the Rollin 60s Crips, and that they were involved in crimes of violence, some involving firearms, as well as the distribution of drugs.

   a) Have you, or members of your family, had any experiences involving street gangs, or have you read or heard things about gangs that left you with a strong opinion about them?

5. Regarding the allegations in the indictment concerning the unlawful drug distribution by the defendants individually and collectively as part of the Rollin 60s gang. Is there any member of the jury panel who has such strong beliefs about the general subject matter of our drug laws that it would prevent them from being fair to both sides in this case?

   a) Do you believe that either state or federal drug laws should be changed?

6. Do you understand that it is a federal crime to distribute marijuana? Do any of you have strong personal or philosophical beliefs about marijuana that would prevent you from applying the law given to you by the Court?

7. Do you, or anyone you know, have a medical marijuana card issued by the State of Michigan?

8. The United States may present evidence that was obtained using hidden recording devices. Would that affect your view of the evidence and testimony in this case?

9. The prosecution may call witnesses called cooperators in this case who have received, or hope to receive, benefits from the government, such as a lower prison sentence in exchange for their cooperation and testimony at trial. How does that affect your view of their testimony?

10. The prosecution may call witnesses who have been confidential informants for the government during the investigation of this case? Does the above fact affect how you view their testimony?

11. Do you use, or have you ever used, social media such as Facebook, Instagram, or Twitter as a means of communicating with others--family, friends and associates?

    a) If yes, with what frequency do you use social media?

    b) If no, is there a reason why not?

12. Do you use text messaging as a means of communicating with family, friends, and associates?

   a) Would the prosecution's use of social media and text messaging evidence affect how you view the prosecution's case? If so, how?

### Burden of Proof & Reasonable Doubt

13. Do any of you watch "CSI," "Law and Order," or any other television show that portrays criminal investigations?

   a) Do you understand that those portrayals are fictional?

   b) Can each of you base your decision on the evidence presented at trial rather than on what you have seen on a television show?

14. Would any of you acquit the Defendants even if convinced beyond a reasonable doubt of their guilt because you felt sympathy for them or felt that they deserved a break?

15. Are there any of you who believe that the United States should be required to prove its case beyond all possible doubt, rather than beyond a reasonable doubt?

   a) If so, why?

16. If the Government proves the defendants guilty beyond a reasonable doubt, would you hesitate to find the defendants guilty because you feel you would have to explain your verdict to your family or community?

### Publicity / Knowledge of Defendants

17. Do any of you know any of the Defendants?

    a) How?

    b) Will this affect ability to be fair & impartial?

18. Have any of you read or seen anything in the media concerning the Defendants or this case?

    a) If so, would that influence your ability to sit as a fair and impartial juror in this case?

### General Ability to Serve as a Juror

19. Do you have any health concerns or conditions that would prevent you from sitting and listening to testimony for long periods of time?

20. Do you have any vision or hearing problems which may cause you difficulty as a juror?

21. Do you have any personal, religious, moral, philosophical, or other beliefs that would make it difficult for you to sit in judgment of another person, or that would prevent you from applying the law given to you by the Court to the evidence of the case?

22. Do any of you have any concerns about the criminal justice system that would make it difficult for you to be a juror in this case?

23. Is there anyone who is not willing to set aside any preconceived ideas they may have of what the law is and follow the instructions that the

      judge will give as to what the law actually is, even if you do not agree with the instruction as given by the judge?

24. Is there any reason you can think of now that would make it difficult or uncomfortable for you to sit as a juror in this case?

25. Does any prospective juror have something they would like to discuss privately with the Court and counsel concerning their ability to serve as a juror in this case?

                                  Respectfully Submitted,

                                  DANIEL L. LEMISCH
                                Acting United States Attorney

/s/ Shane Cralle                           /s/ Eaton P. Brown
Shane Cralle                                 Eaton P. Brown
Assistant United States Attorney      Assistant United States Attorney
211 West Fort Street, Suite 2001       211 West Fort Street, Suite 2001
Detroit, Michigan  48226-3211         Detroit, Michigan 48226-3211
(313) 226-9100                          (313) 226-9184
                                           eaton.brown@usdoj.gov

/s/ Michael Heesters                     Date: April 28, 2017
Michael Heesters
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan  48226-3211
(313) 226-9100

# CERTIFICATE OF SERVICE

I certify that on April 26, 2017, I electronically filed this motion, with the Clerk of the Court using the ECF system, which will send notification of such filing to the following attorney of the defendants:

N. C. Deday LaRene
d6644@deday.net

Mark J. Kriger
mkriger@sbcglobal.net

Joseph A. Niskar
niskarlaw@gmail.com

Seymour Berger
seymourbergerlaw@live.com

Craig A. Daly
4bestdefense@sbcglobal.net

Date: April 28, 2017