# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEROME HAMILTON and
WILLIAM STEELE,

    Defendants.
    _____/

CASE NO. 16-20062
HON. DENISE PAGE HOOD

## ORDER GRANTING MOTION TO STRIKE [#507]

Defendant William Shawn Steele and Defendant Jerome Hamilton filed *pro se* motions with the Court in November 2017. Steele filed a document titled "The Retrial," which essentially asks for a new trial. [Dkt. No. 505] Hamilton filed a "Motion to Dismiss for Lack of Jurisdiction." [Dkt. No. 506] In response, the Government filed a Motion to Strike the two filings. [Dkt. No. 507]

Each of Steele and Hamilton had legal counsel representing him at the time he filed his document (and they continue to have legal counsel representing them). It is well-established law in the Sixth Circuit that a criminal defendant cannot proceed with hybrid representation, whereby he asserts both the right to proceed *pro se* and the right to counsel – he must choose one or the other. *See, e.g., United States v. Mosely*, 810 F.2d 93, 97 (6th Cir. 1987) (citing *United States v. Conder*, 423 F.2d 904, 908 (6th

Cir.), *cert. denied*, 400 U.S. 958 (1970)). The only possible exception would be if the Court permits a form of hybrid representation. *Mosely*, 810 F.2d at 97-98.

Neither Steele nor Hamilton has filed a motion to proceed *pro se* or by hybrid representation. The Court has not determined, and does not determine, that hybrid representation is appropriate or necessary at this stage of the proceedings. The *pro se* filing by Steele titled "The Retrial" and the *pro se* "Motion to Dismiss for Lack of Jurisdiction" filed by Hamilton will be stricken from the record.

Accordingly,

IT IS ORDERED that the Government's Motion to Strike [Dkt. No. 507] is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall STRIKE Docket Nos. 505 and 506.

IT IS ORDERED.

S/Denise Page Hood
Denise Page Hood
Chief Judge, United States District Court

Dated: January 11, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of

record on January 11, 2018, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Case Manager